UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KERMIT ROBERTS, | : |
| | : |
| Plaintiff, | : |
| v. | :  No. 2:14-cv-04847 |
| | : |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner of the Social Security | : |
| Administration, | : |
| | : |
| Defendant. | : |

_____

# O R D E R

**AND NOW**, this 30th day of September, 2016, after de novo review of the administrative record, Plaintiff's request for review, Defendant's response, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the record in this case, for the reasons set forth in the accompanying Memorandum Opinion issued this date, **IT IS ORDERED THAT**:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Plaintiff's request for review is **DENIED**;

3. The decision of the Commissioner is **AFFIRMED**; and

4. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge